UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THOMAS BAYNE, | ) |
| Petitioner | ) |
| v. | ) CIVIL NO.: 2:25-cv-00404-JAW |
| LISBON POLICE DEPARTMENT, et al. | ) |
| Respondents | ) |

JUDGMENT OF DISMISSAL

In accordance with the Order Affirming Recommended Decision After Review of Petition entered by U.S. District Judge John A. Woodcock, Jr., on January 30, 2026;

JUDGMENT of Dismissal is hereby entered.

Eric M. Storms, Acting Clerk

By: /s/ Joanne McCue
Deputy Clerk

Dated: January 30, 2026